IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMMIE COPELAND and<br>ELIZABETH COPELAND | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br>CIVIL ACTION NO. 02-CV-3440<br><br><br><br><br>ENTRY OF APPEARANCE |
| Plaintiffs, | | |
| v. | | |
| BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM | | |
| Defendants. | | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                                     Aline Fairweather



_____          _____
Alison T. Conn                                          Kirstin J. Miller



Dated:  August 14, 2002          DECHERT PRICE & RHOADS
                                 4000 Bell Atlantic Tower
                                 1717 Arch Street
                                 Philadelphia, PA  19103-2793
                                 (215) 994-4000